IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WALKER, | Civil No. 3:19-cv-1297 |
| Plaintiff | (Judge Mariani) |
| v. | |
| RUSSELLA JO BELL and C. SMITH, | |
| Defendants | |

## ORDER

**AND NOW**, this 2nd day of February, 2022, upon consideration of Defendants' motion (Doc. 65) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion (Doc. 65) is **DENIED**.

Robert D. Mariani
United States District Judge